PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Chen, Ben Xiong            Cr.: 96-271-01
                                                      PACTS Number: 013403

Name of Sentencing Judicial Officer: Honorable Nicholas H. Politan/Designate

Date of Original Sentence: 08/22/96

Original Offense: Conspiracy to Bribe a Public Official

Original Sentence: 4 years probation

Type of Supervision: Probation                 Date Supervision Commenced: 08/22/96

## PETITIONING THE COURT

[X] We respectfully request to withdraw the violation of probation and dismiss the warrant.

Respectfully submitted,

By: Andrea Shumsky
     U.S. Probation Officer
Date: 03/11/09

THE COURT ORDERS:

[ X ] The dismissal of the pending violation of supervised release and the warrant.
[   ] The Extension of Supervision as Noted Above
[   ] No Action
[   ] Oth

Signature of Judicial Officer

March 11, 2009
Date